DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARK PATIENCE, SR.; MARK PATIENCE, JR.;
BELINDA FLOWERS; LENEE HARRELL;
MELISSA HARRELL-SCHORPION; KYLE HARRELL;
and MARCIA ROSIEK,

Appellants.

v.

JAMES O. FERGESON, JR., ESQUIRE, an individual, and
FERGESON, SKIPPER, P.A. f/k/a FERGESON, SKIPPER,
SHAW, KEYSER, BARON & TIRABASSI, P.A.,
a Florida professional association,

Appellees.

No. 2D2025-0562

_____

January 2, 2026

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll,
Judge.

Richard L. Allen, Jr., and Richard B. Schwamm of Haliczer, Pettis &
Schwamm, Orlando; and Debra Potter Klauber of Haliczer, Pettis &
Schwamm, Fort Lauderdale, for Appellants.

Mark D. Tinker and Brandon J. Tyler of Cole, Scott & Kissane, P.A.,
Tampa, for Appellees.

PER CURIAM.

Affirmed.

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.